## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| CASSANDRA L. SMITH, Administrator | : | |
| of the Estate of Jerald L. Cress | : | Case No: 1:21-cv-00985 |
| c/o Piscitelli Law Firm | : | Judge: |
| 8440 Station Street | : | |
| Mentor, Ohio 44060 | : | **MOTION FOR ADMISSION** |
| | : | ***PRO HAC VICE* OF** |
| Plaintiff, | : | **FREDERICK L. COOPER, IV** |
| | : | |
| v. | : | |
| | : | |
| MOTION INDUSTRIES, INC. | : | |
| c/o CT Corporation System | : | |
| 4400 Easton Commons Way, Suite 125 | : | |
| Columbus, Ohio 43219 | : | |
| | : | |
| Defendant. | : | |
| | : | |

Pursuant to Local Rule 83.5(h), Danny Egger, counsel for Defendant Motion Industries, Inc. ("Defendant"), in the above-referenced action, hereby moves the Court to admit Frederick L. Cooper, IV *pro hac vice* and to allow him to appear and participate as counsel in this case for Defendants.

Movant represents that Frederick L. Cooper, IV is a member of good standing of the highest court of Georgia, as attested to by the accompanying Affidavit of Frederick L. Cooper, IV (Ex. 1).

This motion is accompanied by the required fee.

Mr. Cooper understands that, unless expressly excused, he must register for electronic filing with the Court promptly upon the granting of this Motion.  Mr. Cooper's relevant identifying and contact information is as follows:

Business telephone:  404-876-2700

Business Fax:         404-875-9433

Business address:    Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
                     3344 Peachtree Road, N.E.
                     Suite 2400
                     Atlanta, Georgia 30326
Email:               dcooper@wwhgd.com

                              Respectfully submitted,


                              /s/ Danny Egger
                              Clifford C. Masch (0015737)
                              Danny Egger (0096903)
                              REMINGER CO. L.P.A.
                              101 West Prospect Avenue
                              Suite 1400
                              Cleveland, OH 44115
                              Phone: 216-687-1311
                              Email: cmasch@reminger.com
                                     degger@reminger.com

and

Jonathan R. Friedman
(Pro hac vice to be filed)
Frederick L. Cooper, IV
(Pro hac vice to be filed)
WEINBERG WHEELER HUDGINS
GUNN & DIAL, LLC
3344 Peachtree Road, NE,
Suite 2400
Atlanta, GA  30326
404-876-2700
404-875-9433 (fax)
jfriedman@wwhgd.com
dcooper@wwhgd.com

*Counsel for Motion Industries, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that I have this date served opposing counsel with a copy of

the within and foregoing pleading via Pacer, to:

Frank E. Piscitelli, Jr., Esq.
Piscitelli Law Firm
8440 Station Street
Mentor, Ohio 44060

Eric Griebling, Esq.
Sears, Pry, Griebling & McBride
120 N. Lane Street
Bucyrus, Ohio 44820

***Attorneys for Plaintiff***

This 4th day of August, 2021.

*/s/ Diana H. Givand*
Diana H. Givand (0085342)
DINSMORE & SHOHL LLP
191 W. Nationwide Blve., Suite 300
Columbus, OH 43215
Phone: (614) 628-6959
Fax: (614) 628-6890
Email: diana.givand@dinsmore.com

and

Jonathan R. Friedman
(Pro hac vice to be filed)
Frederick L. Cooper, IV
(Pro hac vice to be filed)
WEINBERG WHEELER HUDGINS
GUNN & DIAL, LLC
3344 Peachtree Road, NE,
Suite 2400
Atlanta, GA  30326
404-876-2700
404-875-9433 (fax)
jfriedman@wwhgd.com
dcooper@wwhgd.com

*Counsel for Motion Industries, Inc.*