# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| CASSANDRA L. SMITH, Administrator of the Estate of Jerald L. Cress c/o Piscitelli Law Firm 8440 Station Street Mentor, Ohio 44060<br><br>Plaintiff,<br><br>v.<br><br>MOTION INDUSTRIES, INC. c/o CT Corporation System 4400 Easton Commons Way, Suite 125 Columbus, Ohio 43219<br><br>Defendant. | : Case No: 1:21-cv-00985<br>: Judge:<br>:<br>:<br>: **AFFIDAVIT OF FREDERICK L.**<br>: **COOPER IN SUPPORT OF**<br>: **MOTION FOR ADMISSION**<br>: ***PRO HAC VICE*** |

Frederick L. Cooper, IV, being first duly sworn, according to law, does depose and state, based upon his personal knowledge as follows:

1. I submit this Affidavit in support of the accompanying motion before this Court for admission *pro hac vice*. I am not currently admitted *pro hac vice* in any other matter pending before this Court.

2. I am an attorney with Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC, 3344 Peachtree Road, N.E., Suite 2400, Atlanta, Georgia 30326. My telephone number is 404-876-2700, my facsimile number is 404-875-9433, and my e-mail address is dcooper@wwhgd.com.

3. I am a member in good standing of the bar of the State of Georgia. I was admitted to the Georgia bar on November 16, 2007, and my Georgia bar registration number is 785392. I am



EXHIBIT 1

also a member in good standing of the bar of the State of Florida. I was admitted to the Florida bar on March 19, 2010, and my Florida bar registration number is 75881.

4. The table below lists additional courts where I have been admitted to practice, along with dates of admission and bar numbers where applicable:

| COURT | ADMITTED |
| --- | --- |
| USDC for the Northern District of Georgia | April 22, 2008 |
| Supreme Court of Georgia | April 22, 2008 |
| Georgia Court of Appeals | April 22, 2008 |
| USDC of Appeals | November 1, 2019 |

5. I am a member in good standing in all the courts where I am admitted and I have never been reprimanded, suspended, placed on inactive status or disbarred in any jurisdiction. I am not under any disability.

6. I have familiarized myself with the Local Rules for the United States District Court for the Northern District of Ohio, Federal Rules of Civil Procedure, and the Federal Rules of Evidence, and will conduct myself accordingly.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Frederick L. Cooper, IV

SWORN TO BEFORE ME and subscribed in my presence this 4th day of August, 2021.

_____
NOTARY PUBLIC

My Commission Expires: _____

2